UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND HOUSING AND MORTGAGE FINANCE CORPORATION, Plaintiff, v. MICHAEL GRAF, d/b/a I.E. HOMES, Defendant. | CIVIL ACTION NO. 07-160 S |

**AFFIDAVIT CERTIFYING TO SERVICE PURSUANT TO RULE 4**

I, Brian J. Lamoureux, under oath hereby depose and state as follows:

1. I am counsel of record to Plaintiff Rhode Island Housing and Mortgage Finance Corporation in the above-captioned action.

2. On May 7, 2007, I caused the Complaint in this action to be filed with this Court.

3. On or about May 17, 2007, I caused copies of the Summons and Complaint to be mailed by **certified mail, return receipt requested** to Defendant Michael Graf d/b/a I.E. Homes, 7201 Archibald Avenue, Rancho Cucamonga, California 91701.

4. Said summons and complaint was acknowledged to have been delivered to Michael Graf d/b/a I.E. Homes on May 21, 2007, as evidence by the green card attached and made a part hereof as Exhibit A.

5. Said service was effectuated in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Brian J. Lamoureux, Esq. (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401.276.2600
401.276.2601 Facsimile
bjl@brownrudnick.com

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me in Providence, this 29th day of May, 2007.

Notary Public
My Commission expires: 8-13-09

# 50227997 v1 - MEDEIRD - 080412/0167

# EXHIBIT A

2. Article Number

7160 3901 9846 0528 9403

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Mr. Michael Graf d/b/a I.E. Homes
7201 Archibald Avenue
Rancho Cucamonga, CA 91701

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery 5/21/07

C. Signature

x [signature]

☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, January 2005 Domestic Return Receipt

UNITED STATES POSTAL SERVICE

INDUSTRY CA 917

PASADENA CA
21 MAY 2007 PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address and ZIP+4 below •

BRIAN J. LAMOUREUX
BROWN RUDNICK BERLACK ISRAELS
121 South Main Street
Providence, Rhode Island 02903

RI HMF/Graf
80412/167

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

RHODE ISLAND HOUSING AND MORTGAGE FINANCE CORPORATION

V.

MICHAEL GRAF d/b/a I.E. HOMES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 160 S

TO: (Name and address of Defendant)

MICHAEL GRAF d/b/a I.E. HOMES
7201 Archibald Ave.
Rancho Cucamonga, CA 91701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian J. Lamoureux, Esq.
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

5-7-07

DATE

(By) DEPUTY CLERK