UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND HOUSING AND MORTGAGE FINANCE CORPORATION, Plaintiff, v. MICHAEL GRAF, d/b/a I.E. HOMES, Defendant. | ) | CIVIL ACTION NO. 07-160 S |

**NOTICE OF DISMISSAL**

Now comes Plaintiff, Rhode Island Housing and Mortgage Finance Corporation, pursuant to Rule 41(a)(1) of the Federal Court Rules of Civil Procedure, and hereby dismisses the within action with prejudice and without costs.

Date: July 19, 2007

**RHODE ISLAND HOUSING AND MORTGAGE FINANCE CORPORATION,**

By its Attorneys,

/s/ Brian J. Lamoureux

Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401.276.2600
401.276.2601 Facsimile
bjl@brownrudnick.com

OF COUNSEL:
Brenda M. Cotter
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
617.856.8200
617.856.8201 Facsimile
bcotter@brownrudnick.com